UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12365-RWZ

MARK SAUNDERS,

v.

HOME DEPOT USA INC., a Delaware Corporation

ORDER

ZOBEL, D.J.

On December 17, 2007, plaintiff Mark Saunders filed a self-prepared complaint in which he alleges violations of federal and state law by his former employer, Home Depot USA Inc. Saunders also filed a motion for leave to proceed in forma pauperis.

The fee for filing a civil lawsuit is $350.00. See 28 U.S.C. § 1914(a). However, a district court may authorize the commencement of a lawsuit without prepayment of fees where the plaintiff "is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). A litigant seeking in forma pauperis status is not required to demonstrate absolute destitution. See Adkins v. E.I. DuPont de Nemours & Co., Inc., 335 U.S. 331, 339 (1948). If, however, a litigant can pay the filing fee without depriving himself of the basic necessities of life, in forma pauperis status is not appropriate. See Diaz-Ojeda v. Toledo, 54 F.3d 764, 1995 WL 311724, at *1 (1st Cir. May 22, 1995) (per curiam) (affirming denial by district court of application to proceed in forma pauperis; payment of filing fee would not deprive plaintiff of the necessities of life).

In his motion for leave to proceed in forma pauperis, Saunders discloses that, although he has not received any income over the past year and he is unemployed, he

has $3,000 cash.  He also reports that he does not have any dependents.  Upon this record, the Court concludes that the plaintiff has sufficient assets to pay the $350.00 filing fee without foregoing the necessities of life.

Accordingly, the motion for leave to proceed <u>in forma pauperis</u> is DENIED WITHOUT PREJUDICE.

If Saunders wishes to prosecute this action, he must, within thirty-five (35) days of this Order (1) pay the $350.00 filing fee; or (2) file a new motion to proceed <u>in forma pauperis</u> with the detailed financial affidavit used by United States Courts of Appeals (disregarding any references to an appeal).  Failure to comply with this directive will result in dismissal of this case without prejudice.  The Clerk shall provide Saunders with a blank copy of the financial affidavit used by the United States Courts of Appeals.

If the plaintiff timely pays the filing fee, the Clerk shall promptly issue summons.
SO ORDERED.


 1/14/08                                                  /s/ Rya W. Zobel
DATE                                                RYA W. ZOBEL
                                                    UNITED STATES DISTRICT JUDGE