IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SAUNDERS,<br><br>            Plaintiff,<br><br>       v.<br><br>HOME DEPOT USA, INC.<br><br>            Defendant | Civil Action 07-CA-12365-RWZ |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S UNCONTESTED MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Defendant opposes Plaintiff's request for sixty (60) additional days to respond to Defendant's Pending Motion to Dismiss. Defendant agreed to assent to a thirty (30) day extension, as noted in Paragraph 13 of Plaintiff's Motion, but not the sixty (60) day extension sought by Plaintiff. Although Defendant is sympathetic to Plaintiff's stated medical issues, Defendant notes that Plaintiff filed his lawsuit on December 17, 2007, and has already been given one sixty (60) day extension to respond to the pending Motion to Dismiss. These continued delays serve only to ensure the likelihood that the memories of witnesses who can testify about Plaintiff's allegations, which date back to 1999, will be further faded, should any portion of the case survive the Motion to Dismiss.

          Respectfully submitted,

          MORGAN, BROWN & JOY, LLP
          Attorneys for Defendants


          __s/ Jeffrey S. Siegel_____
          Joseph P. McConnell (BBO# 566412)
          Jeffrey S. Siegel (BBO# 647148)
          200 State Street
          Boston, MA 02109
          (617) 523-6666

Dated: September 17, 2008


## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies have been sent by first class, U.S. mail to *pro se* Plaintiff Mark Saunders, 28 Cushman Street, Watertown, MA 02472-3704 on this September 17, 2008.

          s/ Jeffrey S. Siegel___
          Jeffrey S. Siegel