15 December 2008

Dear Judge Zobel,

I am Plaintiff *pro se* in the matter of Mark Saunders v. Home Depot USA, Inc. (Civil Action No. 07-12365-RWZ). I will be out of town from Wednesday December 17th through Monday December 29th, 2008 for the holidays. As a *pro se* complainant, I alone must take any actions regarding the case. I am not on the electronic filing system, and thus, receive Court notifications by US mail. During my stay out of town, I will not have access to incoming mail at my home and do not have anyone at the home to receive the mail and contact me. In addition, during my stay out of town I will not have access to my case materials, a Massachusetts law library, high speed internet, or any of the other resources to which I am accustomed.

As such, I respectfully request that this Court belay any issuance of an Order regarding Defendant's Motion to Dismiss and Plaintiff's Opposition to Defendant's Motion to Dismiss until my return. I would greatly appreciate the Court's indulgence regarding this request.

Sincerely,

Mark Saunders

cc:     Jay Johnson; Lisa Urso

        Jeffrey Siegel
        Joseph McConnell

U.S. DISTRICT COURT
DISTRICT OF MASS.
2008 DEC 16  A 11: 36
FILED
IN CLERKS OFFICE