IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SAUNDERS,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.<br><br>  Defendant | Civil Action 07-CA-12365-RWZ |

**ASSENTED TO MOTION FOR EXTENTION OF TIME TO FILE ANSWER**

Defendant Home Depot U.S.A., Inc., hereby moves for an extension of time in which to file is Answer and Affirmative Defenses.  Defendant asks that it be granted an extension to January 20, 2009.   As grounds therefore, Defendant states as follows:

1. Plaintiff is a former employee of Defendant who was terminated in 2004.  On December 17, 2007, Plaintiff, who is *pro se,* filed his Complaint.  Plaintiff's Complaint is 24 single-spaced pages, containing 139 individually numbered paragraphs.  The Complaint's 139 paragraphs contain multiple concepts and sentences which include allegations from as early as 1999.  Plaintiff served his Complaint upon Defendant on or about June 13, 2008.  [Docket Doc. No. 5].

2. On July 3, 2008, Defendant filed a Motion to Dismiss.   Thereafter, Plaintiff requested, and the Court granted, multiple extensions of time (until November 17, 2008) for Plaintiff to respond to the Motion to Dismiss.  [Docket Doc. No. 11 and 12].

3. By way of order dated December 16, 2008, the Court granted in part, and denied in part Defendant's Motion to Dismiss.  [Docket Doc. No. 15].

4.      In its Motion to Dismiss, Defendant also sought an order pursuant to Fed. R. Civ. P. 8 requiring Plaintiff to provide allegations that are simple, concise, and direct. In its December 16, 2008 Order, the Court did not address Defendant's motion seeking relief under Fed. R. Civ. P. 8.

5.      Pursuant to Fed. R. Civ. P. 12(b)(4), Defendant's Answer is due on or before December 31, 2008.

6.      Due to the intervening Christmas holiday, and because of the verbose and wide-reaching allegations in Plaintiff's Complaint, Defendant seeks additional time in which to file its Answer.

7.      The Court has scheduled a Scheduling Conference for January 28, 2009.

8.      Granting Defendant this extension will not alter any deadlines in this matter.

9.      By way of telephone conversation on December 17, 2008, Plaintiff assented to an extension through January 19, 2009. Because January 19, 2009 is a federal holiday, Defendant requests an extension through January 20, 2009.

>                               Respectfully submitted,
>
>                               MORGAN, BROWN & JOY, LLP
>                               Attorneys for Defendants
>
>
>                               __s/ Jeffrey S. Siegel_____
>                               Joseph P. McConnell (BBO# 566412)
>                               Jeffrey S. Siegel (BBO# 647148)
>                               200 State Street
>                               Boston, MA 02109
>                               (617) 523-6666

Dated:  December 17, 2008

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

On December 17, 2008, I certify that I conferred by telephone with *pro se* Plaintiff Mark Saunders in an attempt to resolve or narrow the issues presented by this motion.

s/ Jeffrey S. Siegel
Jeffrey S. Siegel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies have been sent by first class, U.S. mail to *pro se* Plaintiff Mark Saunders, 28 Cushman Street, Watertown, MA 02472-3704 on this December 17, 2008.

s/ Jeffrey S. Siegel
Jeffrey S. Siegel
