UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SAUNDERS,<br><br>                Plaintiff<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>                Defendant | Civil Action<br>07-CA-12365-RWZ |

**NOTICE OF APPEARANCE**

I, James A.W. Shaw of the law firm of Segal Roitman, LLP, hereby appear on behalf of the Plaintiff in the above-captioned action.

Please forward copies of all pleadings, notices, and documents, and notice of all hearings, conferences, and proceedings in this matter to my attention as follows:

James A.W. Shaw, Esquire
Segal Roitman, LLP
111 Devonshire Street, Fifth Floor
Boston, MA  02109
(617) 742-0208
jshaw@segalroitman.com

Respectfully submitted,

*/s/ James A.W. Shaw*
James A.W. Shaw, Esq., BBO # 670993
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109
(617) 742-0208
jshaw@segalroitman.com

Dated: January 28, 2009

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above Notice of Appearance has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this, the 28th day of January, 2009

                                               */s/ James A.W. Shaw*