IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SAUNDERS,<br><br>           Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.<br><br>           Defendant | Civil Action 07-CA-12365-RWZ |

**Joint Motion to Reschedule Scheduling Conference and Extend Discovery Deadlines**

The parties hereby submit this joint motion requesting that the Court reschedule the scheduling conference set for August 5, 2009, and to extend the close of discovery through October 2, 2009.  As grounds therefore, the parties jointly state as follows:

1. By way of order dated January 29, 2009, the Court ordered that discovery be completed by July 31, 2009, and that a pre-trial conference set for August 5, 2009 at 2:00 p.m.

2. Since that time, the parties have engaged in discovery, including exchanging requests for production of document and interrogatories.  The parties have also begun to take depositions in this matter.

3. Plaintiff's deposition began on June 16, 2009.  Defendant has not completed Plaintiff's deposition and the parties are attempting to schedule a date and time to complete his deposition.

4. Plaintiff has deposed one managerial employee of Defendant, and the parties are attempting to schedule depositions of additional witnesses.  However, summer vacation schedules, including the upcoming wedding of Plaintiff's attorney, has resulted in the need for additional time in which to schedule depositions.

5. The parties anticipate the need for additional time to complete written discovery, and to depose witnesses in this matter. The parties jointly request that discovery be extended through October 2, 2009.

6. Because of the need for additional time to complete discovery, the parties respectfully request that the Court's conference scheduled for August 5, 2009 be rescheduled for a date and time after the proposed close of discovery on October 2, 2009.

7. Following the close of discovery, Defendant anticipates filing a motion for summary judgment, and the parties request that a briefing scheduling for summary judgment be set forth at the Court's scheduling conference following the close of discovery.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Attorney for Plaintiff | Attorney for Defendant |
| MARK SAUNDERS, | HOME DEPOT U.S.A., INC., |
| | |
| _s/ James A.W. Shaw_____ | _s/ Jeffrey S. Siegel_____ |
| James A.W. Shaw BBO# 670993 | Joseph P. McConnell  BBO #566412 |
| Segal Roitman LLP | Jeffrey S. Siegel BBO#647148 |
| 111 Devonshire St., 5th Floor | Morgan, Brown & Joy, LLP |
| Boston, MA 02109 | 200 State Street, 11th Floor |
| (617) 742-0208 | Boston, MA 02109 |
| | (617) 523-6666 |

Dated: July 15, 2009

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non registered participants on July 15, 2006.

<u>s/ Jeffrey S. Siegel</u>