IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SAUNDERS,<br><br>     Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.<br><br>     Defendant | Civil Action 07-CA-12365-RWZ |

### Voluntary Dismissal With Prejudice

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby agree to voluntarily dismiss this action with prejudice and without costs to either party, waiving all rights of appeal.

Respectfully submitted,  
Attorney for Plaintiff  
MARK SAUNDERS,

/s/ James A.W. Shaw  
James A.W. Shaw BBO# 670993  
Segal Roitman LLP  
111 Devonshire St., 5th Floor  
Boston, MA 02109  
(617) 742-0208

Dated:   October 5, 2009

Respectfully submitted,  
Attorney for Defendant  
HOME DEPOT U.S.A., INC.,

/s/ Jeffrey S. Siegel  
Joseph P. McConnell  BBO #566412  
Jeffrey S. Siegel BBO#647148  
Morgan, Brown & Joy, LLP  
200 State Street, 11th Floor  
Boston, MA 02109  
(617) 523-6666

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Oct. 5, 2009.

*/s/ James A.W. Shaw*